IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 JUN 29 P 4: 42

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/k/a The Travelers Indemnity Company of Illinois, as subrogee of Tuskegee University, and TUSKEGEE UNIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> ONESOURCE FACILITY SERVICES, INC., <br><br> Defendant. | CASE NO. CV- 3:05cv618-N |

NOTICE OF FILING TO PLAINTIFF

To:  Travelers Property Casualty Company of America
     f/k/a The Travelers Indemnity Company of Illinois,
     as subrogee of Tuskegee University, and
     Tuskegee University
     c/o Linda Hinson Ambrose, Esq.
     Rogers & Associates
     3000 Riverchase Galleria, Suite 650
     Birmingham, AL 35244

Please take notice that Defendant, by and through the undersigned attorney, has this date filed the attached Notice Of Removal in the United States District Court for the Middle District of Alabama, Eastern Division, to remove the above-styled cause from the Circuit Court of Macon County, Alabama, to the United States District Court. You are also advised that a true and

correct copy of the Notice Of Removal is being filed with the Circuit Court of Macon County, Alabama.

    Done this the 29th day of June 2005.

Respectfully submitted,

_____
Patrick L. W. Sefton   (SEF001)

Attorney for Defendant
OneSource Facility Services, Inc.

OF COUNSEL:
Sasser, Bolton, Stidham & Sefton, P.C.
P. O. Drawer 4539
Montgomery, AL 36103-4539
Telephone:   334-532-3400
Facsimile:   334-532-3434

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing **NOTICE OF FILING TO PLAINTIFF** has been served upon the following by placing a copy of the same in the United States Mail, with proper postage prepaid, on this the 29th day of June 2005:

Linda Hinson Ambrose, Esq.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244

_____
Of Counsel

@PFDesktop\::ODMA/WORLDOX/K:/DOCLIB/49009/1/00066324.WPD    Page 2 of 2