**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 12, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Patricia A. Campbell    vs.  Gannett Co., Inc.
Civil Action No.  3:05-cv-618(W)

The above-styled case has been reassigned to Judge Myron H. Thompson3.

Please note that the case number is now 3:05-cv-618 (T).  This new case number should be used on all future correspondence and pleadings in this action.