**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 12, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Travelers Property Casualty Co. Of America , et al vs. OneSource Facility Services**

**Case Number: 3:05cv618(W)**

**Referenced Docket Entry -   Case Reassignment -  Doc.[3]**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document.  Please see the correct PDF document to this notice.**