

## Service Contract for Facilities Maintenance Contract Services

This Contract made and entered into as of _November 6, 2001_, by and between Tuskegee University, hereinafter designated as Tuskegee University and <u>OneSource Facility Services, Inc.</u>, hereinafter designated as Contractor.

WITNESSETH:

WHEREAS, Tuskegee University is the owner and operator of a comprehensive university campus and various satellite locations (hereinafter called Facility).

WHEREAS, Tuskegee University has solicited a bid proposal for Facilities Maintenance Contract Services for the Facility, and Contractor has submitted a bid proposal for said services, which was accepted by Tuskegee University.

Now, THEREFORE, in consideration of the mutual covenants, promises, and agreements herein contained, Tuskegee University and Contractor hereby agree as follows:

1. CONTRACTOR'S PERFORMANCE

    A. Contractor shall furnish all necessary management, supervision, labor, technical support and other accessories and services for the cleaning and maintenance of the Facility, and other services as described in the contract document, performed in strict accordance with the General Conditions and Specifications and, to the extent applicable, the provisions of the Request for Proposal (RFP) and Contractor's response to the RFP, attached hereto, and made a part hereof by reference, as if fully written herein.

    B. All performance shall be subject to inspection and approval by the Administrator, or the designated alternate, as provided in said specifications. If the Contractor's performance is, or becomes materially unsatisfactory, as reasonably determined by the Administrator, . Contractor will be directed to correct the unsatisfactory performance and will be allowed forty eight (48) hours to do so. The correction of unsatisfactory performance shall be at no additional cost to Tuskegee University.

    C. The specifications may be amended from time to time, as deemed necessary by the Administrator, by written communication to the Contractor, and shall have the same effect as if fully written herein; such changes may have to do with the reallocation of work among the routine work personnel, increases or decreases in routine work labor-hours, changes in work procedures, changes in shift times, changes in supply items, and the like.

    D. In the event of additions to, or decreases in, the labor-hours required for routine work as the Administrator may direct, the approved work hours shall be increased or decreased as appropriate.

2. TERM

    A. The term of this contract shall commence on <u>November 1, 2001</u>, and shall continue for a period of three (3) consecutive years from that date, unless terminated by Tuskegee University under conditions spelled out in paragraph 3. At the end of the three years, Tuskegee University shall have the option to renew the contract for two successive one-year periods.

3. CANCELLATION

   A. Tuskegee University may, at its sole option, terminate the contract at any time upon ~~one hundred twenty~~ (~~120~~) days written notice to the Contractor without prejudice to any other right or remedy it may have.

   B. The Contractor may terminate this contact at any time by giving one hundred twenty (120) days written notice to Tuskegee University.

   C. Notwithstanding anything to the contrary contained in the RFP or Contractor's response thereto, the buy-back of equipment in the event the contract is terminated prior to the end of the sixty (60) month amortization period, shall be the net book value.

4. CONTRACTOR'S COMPENSATION FOR ROUTINE WORK

   A. For complete performance of the routine work, in compliance with the General Conditions and Specifications, Tuskegee University shall pay to the Contractor, after approval of the invoice, an amount equal to the approved direct labor costs paid by Contractor to Contractor employees engaged in work at Tuskegee University plus payment for payroll taxes/insurance, fringe benefits, other approved direct costs, overhead, and profit as derived from Contractor's Bid Proposal, Bid Items 1.0-1.5, 2.0, 3.0, 4.0, and 5.0. The parties agree that Contractor's pricing in its Bid Proposal was based on the information on man-hours and other information provided by Tuskegee University and to the extent there are variations from that information which affect Contractor's assumptions, the pricing may need to change accordingly..

   B. The approved labor-hours will include paid vacations, holiday pay, and sick pay. The approved labor-hours shall not include deducted hours due to non-performance or hours not paid for by Contractor.

   C. The Contractor shall submit an invoice in a form acceptable to Tuskegee University bi-weekly, including a record showing the total number of work hours, by labor category supplied each day during the period for which the invoice is being submitted.

   D. With each invoice, the Contractor will also submit a payroll report verified by the Contractor's Vice President of Operations as being correct for the period of the invoice.

   E. Tuskegee University or its accountants may, during regular business hours, inspect as much of the Contractor's ~~on-site~~ books and records as pertained to the cost incurred directly related to furnishing the services described in this Contract as deemed reasonably necessary by Tuskegee University.

5. COMPENSATION FOR NON-ROUTINE WORK

   A. The Contractor shall submit bi-weekly invoices in an acceptable form to Tuskegee University for non-routine work, which has been completed to the satisfaction of the Administrator. The entire non-routine work item must be completed before payment is made, and must be completed during the time frame agreed upon. The invoice must include copies of work orders authorizing the work by the Administrator. Payment for non-routine work will be made in accordance with unit prices approved in advance by the Administrator.

6. NON-PERFORMANCE OF WORK

   A. The Administrator and/or the designated alternate will conduct random inspections of the Facility on a daily basis. Any contract employee found outside their normal work area during the specified work shift, or any

contract employee not performing their prescribed duties, may result in the disapproval of the Contractor's approved work hours for the employee on the day of the inspection. The disapproved work hours deemed not to have been done would result in a reduction in the Contractor's payment for routine work. Notwithstanding the foregoing, Contractor will be allowed a reasonable "phase-in" period of one hundred eighty (180) days (or such longer period for specific areas of the University as reasonably agreed upon by Contractor and Tuskegee University) before deductions are made pursuant to this Paragraph and Paragraph 7. below.

    B.  Routine work will be considered not to have been performed when any one of the following conditions exists:

        1) The prescribed work tasks in an area were not performed in accordance with the performance standards.

        2) The proper equipment, tools, parts, materials, and chemicals were not used or were not in good operating condition at the time of the performance of the work.

        3) The required tasks were not performed within the scheduled work shift.

    C.  In addition to the conditions specified in paragraph A above, non-routine work will be considered not to have been performed when any one of the following conditions exists:

        1) The tasks were not performed in accordance with the project performance standards.

        2) The proper equipment, tools, and supplies were not used or were not in good operating condition at the time of the performance of the work.

        3) The project tasks were not performed within the time period specified in the work order.

        4) The project tasks as requested by written work order were not completed in its entirety.

    D.  The above list is not exhaustive of all conditions, which determine non-performance of work. The parties agree that for purposes of this Agreement, non-performance of work must be of a material nature before it is deemed to be non-performance of work hereunder.

7. DEDUCTIONS FOR NON-PERFORMANCE OF WORK

    A.  In the event of non-performance, the Administrator may:

        1) Notify the Contractor in writing of the nonperformance, and have the Contractor correct the problem within forty-eight (48) hours, unless a faster response is specified pursuant to the terms of the RFP.

        2) Cause the incorrect work to be corrected by Tuskegee University employees, if Contractor is unable to do so.

        3) Cause the incorrect work to be corrected by utilization of another Contractor, if Contractor is unable to do so.

    B.  If, after being notified of non-performance, the Contractor does not correct the situation within forty-eight (48) hours, unless a faster response is specified pursuant to the terms of the RFP, the Contractor will then reimburse Tuskegee University for their cost of correcting the substandard performance, or will have an equal amount deducted from the monthly invoice.

8. COMPLIANCE WITH APPLICABLE LAWS AND REGULATIONS; LABOR RELATIONS

A. Contractor covenants and agrees that it, its agents and employees will comply with all municipal, county, state, and federal laws, rules, regulations, and ordinances applicable to the work to be performed under this Contract, and that it shall obtain all necessary permits, pay all license fees and taxes to comply therewith. Further, Contractor agrees that it, its agents, and employees will abide by all rules, regulations, and policies of Tuskegee University during the term of this contract, including any renewal periods. Permits, licenses, etc. which are, or need to be, held by Tuskegee University will be paid for by Tuskegee University.

B. Tuskegee University agrees to indemnify and hold OneSource harmless from any liability, costs (including reasonable attorneys' fees) and damages, which may occur as a result of any termination of benefits or breach of any provisions contained in any current or prior collective bargaining agreement between Tuskegee University and Local 1317 of the Laborers International Union of North America.

C. If any strike, boycott, picketing, work stoppage, slow down, or other labor activity is directed against the Contractor at the Facility, which results in the curtailment or discontinuation of services performed by the Contractor, Contractor shall use diligent efforts (i) to minimize the impact of such labor activity and (ii) to resolve the issues. Contractor shall not be entitled to payment during the period, or during the time of war, acts of God, or natural disasters in which routine or non-routine work cannot be performed, subject to the terms and conditions of the applicable collective bargaining agreement.

D. Tuskegee University understands that Contractor may have to become party to a collective bargaining agreement with Local 1317 of the Laborers International Union of North America and that Contractor's actions with respect to its employees at the University will be affected by, and governed by, said collective bargaining agreement.

9. INSURANCE

A. Contractor shall not commence work under this contract until it has obtained the insurance coverage specified below and named Tuskegee University as an additional insured to the extent applicable to the type of coverage. Contractor shall maintain such required insurance coverage in force during the life of the contract. No modification or change in insurance shall be made without written approval of Tuskegee University.

    1) WORKER'S COMPENSATION INSURANCE. Worker's Compensation insurance covering all persons whom Contractor may employ directly or through subcontractors in carrying out the work called for in accordance with the Worker's Compensation laws of the State of Alabama.

    2) PUBLIC LIABILITY. Public Liability insurance including coverage of motor vehicles with limits of not less than $1,000,000 for injury to or death of one person and subject to that limit per person, $5,000,000 for one occurrence, naming Tuskegee University as an additional insured.

    3) PROPERTY DAMAGE. Property damage liability insurance including coverage of motor vehicles with limits not less than $5,000,000, naming Tuskegee University as an additional insured.

    4) AUTOMOBILE LIABILITY INSURANCE - Covering all owned, non-owned and hired vehicles, used in connection with the work, in amounts as indicated in (2) above. This policy must be endorsed to indicate that any premium, whether deposit or final, will be the sole obligation of the Contractor.

5) CONTRACTUAL LIABILITY INSURANCE - covering all liability arising out of the terms of the Contract Documents, in amount as indicated in (2) above.

B. The Public Liability Insurance coverage as required in paragraph (2) above shall include those classifications, as listed in Standard Liability Insurance Manuals, which are applicable to the operations of the Contractor in the performance of this Contract.

C. All insurance policies above shall be issued by companies authorized to do business under the laws of the State of Alabama with the following qualifications as to management and financial strength: The Company must be rated no less than "A" as to management, and no less than "AAA" as to strength, by the latest edition of Best's Insurance Guide, published by Alfred M. Best Co., Inc., 75 Fulton Street, New York, New York 10038.

D. Contractor shall furnish Certificates of Insurance to Tuskegee University 30 days prior to commencing any operations under this Contract, which Certificates shall clearly indicate that the Contractor has obtained insurance, in the type, amount and classifications, in strict compliance with this item.

10. INDEMNIFICATION AND HOLD HARMLESS

Contractor hereby agrees to indemnify and hold harmless Tuskegee University, its officers, trustees, employees, and agents from and against any and all claims, liabilities, damages, actions, losses, costs, and expenses (including, without limitation, reasonable attorneys' fees) incurred by any of them and resulting from the negligence, acts or omissions of Contractor, its agents, employees or subcontractors. Tuskegee University hereby agrees to indemnify and hold harmless Contractor, its officers, trustees, employees, and agents from and against any and all claims, liabilities, damages, actions, losses, costs, and expenses (including, without limitation, reasonable attorneys' fees) incurred by any of them and resulting from or in any way connected with the negligence, acts or omissions of Tuskegee University, its agents, employees or subcontractors. The obligations under this section shall survive the expiration or earlier termination of the Contract.

11. SUBCONTRACTING OR ASSIGNMENT OF CONTRACT

A. This Contract and all rights and responsibilities hereunder, may not be assigned by Contractor without written consent of Tuskegee University.

B. It is intended that Contractor shall perform a majority of the work under this Contract with the own forces, and shall not delegate or sub-contract or direct a third party to perform any portion of the work except with the prior written approval of, and under the conditions stipulated by Tuskegee University.

C. Contractor and Tuskegee University acknowledge and agree that there are certain subcontractor relationships that are controlled by the University, and that Contractor will be facilitating the management of these subcontractors within the policies and procedures of Tuskegee University.

12. EQUIPMENT, MATERIALS, AND SUPPLIES

A. Contractor shall purchase all supplies, tools, equipment and vehicles necessary to completely and effectively perform all work defined in the Contract. Tuskegee University will reimburse the contractor for actual supplies, tools, equipment, vehicles and materials' cost, as defined in Appendix A attached hereto.. The annual cost will constitute a "not to exceed".

B.  A list of all items required to be used by the Contractor shall be submitted to the Administrator prior to the use of the item in the performance of the work. The Contractor is to maintain all items in their possession. The Contractor will replace tools, equipment, materials, and supplies that are willfully neglected by Contractor's employees.

13. NON-DISCRIMINATION

It is the policy of Tuskegee University that no citizen of the United States or any other person within the jurisdiction there-of shall, on the grounds of race, religion, color, sex, age, handicap, veteran status or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity of Tuskegee University. The Contractor shall abide by this same policy.

14. STORAGE SPACE

Contractor shall store the supplies, materials, and equipment in storage areas designated by the Administrator, which will include, but not be limited to the Physical Plant Facility. Contractor agrees to keep these areas neat and clean at all times in accordance with all applicable fire regulations.

15. ACCESS

Access to the buildings at the facility shall be as mutually agreed between the Contractor and the Administrator at the Facility. Contractor's employees may not leave their assigned work area during working hours except in case of emergency and with the approval of the Administrator or the designee.

16. EMERGENCIES

If feasible given the particular circumstances, the Contractor shall exercise its best efforts to make Contractor's entire work force assigned to Tuskegee University available to secure the Facilities for protection of life and property in the event of a disaster such as, but not limited to, hurricanes, tornadoes, floods and fires. The Contractor shall do such work as directed by the Administrator and shall keep all pertinent records of work performed. The Contractor shall be separately reimbursed by change order for all such work performed, which is beyond the scope of this contract.

17. SAFETY

For all operations requiring the placing and movement of equipment, Contractor shall observe and exercise, and compel its employees to observe and exercise all necessary caution and discretion, so as to avoid injury to persons, damage to property of any and all kinds, and annoyance to or undue interference with the movement and activities of the visitors and employees of Tuskegee University. All placement, movement, activities, operation, and performance of work will be done in a safe manner. Contractor shall abide by all OSHA and Tuskegee University safety regulations and shall have regular monthly safety meetings with all employees.

18. SECURITY CHECKS

Before hiring an employee to work on Tuskegee University premises, Contractor shall first obtain and review a security report from the Tuskegee University Public Safety Department covering the prospective employee. This review shall include State of Alabama background check. It is the responsibility of the Contractor to verify background of all prospective employees. The cost of the background check will be equally shared by the Contractor and Tuskegee University.

19. ALCOHOL AND NARCOTICS

Contractor covenants and agrees that it will not bring or permit to be brought into the Facility any beer, wine, or spirits, narcotic, hallucinogenic, or dangerous drugs, nor cannabis. Contractor will take disciplinary action commensurate with the circumstances against any employee who brings onto or uses on the Facility any of these substances. Tuskegee University may require a drug test before employment, the cost of which will be borne by Tuskegee University.

20. KEY CONTROL

Contractor shall be solely responsible for any keys to buildings or Facilities furnished to it or its employees. Should keys be lost or stolen, it will be the responsibility of the Contractor to notify Tuskegee University. Tuskegee University may rekey any structure at its option. Should the decision be made to re-key, this shall be charged at the full cost of rekeying to the Contractor and withheld from moneys due the Contractor. Rekeying will be done according to Tuskegee University policy. A detailed and documented process will be utilized to transfer all keys from Tuskegee University to Contractor.

21. CONFLICT OF INTEREST

Contractor affirms that to the best of their knowledge there exists no actual or potential conflict of interest between Contractor's family, business or financial interests and the services under this agreement and in the event of change in either private interests or services under the agreement, it will notify Tuskegee University of any questions regarding possible conflict of interest which may arise as a result of such change.

22. PERFORMANCE EVALUATION MEETINGS

The Contractor or their representative shall meet with the Administrator weekly during the first three (3) months of the term of the Contract. Additional meetings shall be as often as necessary at the discretion of the Administrator, or at the request of Contractor. The purpose of these meetings is to resolve identified problems and issues that arise during the term of the Contract. Written minutes will be acknowledged and signed by both parties. Contractor personnel will be available for periodic meetings with the Building and Grounds Committee.

23. DEFAULTS OR WAIVER

No default or waiver by Tuskegee University of any breach of term, covenants, or conditions hereof to be performed, kept or observed by Contractor, shall be construed to act as a waiver of any subsequent default of any of the terms observed by the Contractor, and Tuskegee University shall not be stopped from late enforcement of any of the terms and conditions of this contract, unless Contractor is prejudiced by such delay in enforcement.

24. OSHA GUIDELINES

Contractor will be familiar with, operate, and comply within the guidelines in statute set forth by the Occupational Safety and Health Act and Regulations hereunder, which affect custodial and building maintenance operations. Contractor will ensure that all employees assigned to Tuskegee University's Facilities are knowledgeable of the current OSHA guidelines affecting custodial, and building maintenance operations.

25. OVERTIME

The Administrator or the designee must pre-approve all requests for overtime. Overtime payment will not be allowed, for instance, where work has not been performed satisfactorily, or where the work may be accomplished by routine procedures.

26. SPECIAL EVENTS

Tuskegee University may have special events, schedule changes, emergencies, and critical situations. Tuskegee University reserves the right to reassign the work force of the Contractor to accomplish these needs; however, in those situations, Contractor shall not be held responsible to the extent the reassignment of the workforce adversely affects performance of routine work.

27. TERMINATION

This contract shall terminate automatically and immediately upon the closing of the Facilities by Tuskegee University.

28. GOVERNING LAWS

A. The contract shall be governed by the laws of the State of Alabama and that venue in any legal proceedings arising out of the contract or performance there under shall be brought and maintained in City of Tuskegee, Macon County, Alabama.

B. In the event that either party retains the services of an attorney to enforce this contract, the prevailing party shall be entitled to recover from the other party its attorneys' fees and costs incurred in such enforcement.

29. ADDITIONAL TERMS AND CONDITIONS

Additional terms and conditions of this contract are contained in Appendix A attached hereto and incorporated by reference.

IN WITNESS WHEREOF, the parties hereto have caused this Contract to be executed by their appropriate officials, as of the date first written above.

TUSKEGEE UNIVERSITY
TUSKEGEE, ALABAMA

WITNESSES:

BY: _____
TITLE: PRESIDENT

CONTRACTOR: (If Corporation)
BY: _____
President

ATTEST: _____
(Corporate Seal)    Ass't Secretary

## APPENDIX A

The following is a summary of the fees for labor and related costs for performance of the contract:

| 1) CATEGORIES OF SERVICES | OVERHEAD PERCENT | PROFIT REVENUE |
|---|---|---|
| Management | 3.0 | 4.0 |
| Mechanical | 3.5 | 4.5 |
| Custodial Educational | 5.0 | 3.0 |
| Custodial Housing | 5.0 | 3.0 |
| Grounds | 4.0 | 5.0 |
| General Trucking | 3.5 | 4.5 |

The fees are based on Contractor's bid proposal which does not include increases for union or benefit upgrades beyond the scope of Contractor's response.

2) MATERIALS & SUPPLY BUDGET

Per bid item 2.0 annual budget costs for materials and supplies shall not exceed $980,000. This will be billed monthly and will include actual invoiced costs and shipping/transportation costs to get the materials and supplies to the University, plus a purchasing, handling, and processing charge in the amount of seven percent (7%). These amounts and costs will be invoiced monthly. To the extent that Tuskegee University purchases and pays for materials and supplies directly, Contractor shall not charge Tuskegee University the seven percent (7%) referenced above.

3) PAYMENT TERMS

    Bi-Weekly    Net 15 Days
    Monthly      Net 30 Days

OS 00128

**BID ITEM 1.0 – MANAGEMENT STAFFING**   **YEAR ONE BUDGET**

| Position | # Position | $/Hour | Cost/Year |
|---|---|---|---|
| 1. Director of Physical Plant | 1 | $ 35.90 | $ 74,672.00 |
| 2. Administrative Assistant | 1 | $ 17.07 | $ 35,505.60 |
| 3. Work Order Desk Clerk | 1 | $ 7.97 | $ 16,577.60 |
| 4. Custodial Supervisor – Educational | 1 | $ 19.81 | $ 41,204.80 |
| 5. Custodial Supervisor – Housing | 1 | $ 9.08 | $ 18,886.40 |
| 6. Grounds Supervisor | 1 | $ 11.36 | $ 23,628.80 |
| 7. Maintenance Supervisor – Systems | 1 | $ 16.87 | $ 35,089.60 |
| 8. Maintenance Supervisor- Bldg Maint. | 1 | $ 12.44 | $ 25,875.20 |
| 9. Maintenance Supervisor- HVAC | 1 | $ 14.09 | $ 29,307.20 |
| 10. Asst. Director Physical Plant | 1 | $ 17.89 | $ 37,211.20 |
| 11. Service Manager – Trucking | 1 | $ 12.25 | $ 25,480.00 |
| 12. Total | | | $ 363,438.40 |
| 13. Fringe Benefits (16.38%) | | | $ 59,531.21 |
| 14. Other: (Payroll Taxes and Insurance) (18%) | | | $ 65,418.91 |
| | | | $ 488,388.52 |
| 15. Overhead (3.49%) | | | $ 17,044.76 |
| 16. Profit (4.78%) | | | $ 23,344.97 |
| 17. Total Maximum Annual Cost | | | $ 528,778.25 |

Note: 1. Added Assistant Director Physical Plant Position and adjusted payrates to actuals paid by Tuskegee prior to 11/01/01.
  2. Inserted % Fringe Benefits and Other.
  3. Corrected % Overhead and Profit.

12/3/2001

Revision 1 - Effective 11/01/01

OS 00129

## BID ITEM 1.1 - WORKING STAFFING - MECHANICAL     YEAR ONE BUDGET

| Pos # | Hourly | Department | Total Annual Wages |
|---|---|---|---|
| 1 | $10.00 | Bldg Maint. | $20,800.00 |
| 2 | $9.62 | Bldg Maint. | $20,009.60 |
| 3 | $9.35 | Bldg Maint. | $19,448.00 |
| 4 | $9.12 | Bldg Maint. | $18,969.60 |
| 5 | $8.61 | Bldg Maint. | $17,908.80 |
| 6 | $7.57 | Bldg Maint. | $15,745.60 |
| 7 | $7.57 | Bldg Maint. | $15,745.60 |
| 8 | $7.09 | Bldg. Maint. | $14,747.20 |
| 9 | $8.01 | Power Plant | $16,660.80 |
| 10 | $8.86 | Power Plant | $18,428.80 |
| 11 | $8.36 | Power Plant | $17,388.80 |
| 12 | $8.05 | Power Plant | $16,744.00 |
| 13 | $7.57 | Power Plant | $15,745.60 |
| 14 | $7.03 | Power Plant | $14,622.40 |
| 15 | $7.03 | Power Plant | $14,622.40 |
| 16 | $7.03 | Power Plant | $14,622.40 |
| 17 | $6.70 | Power Plant | $13,936.00 |
| 18 | $9.01 | Systems. Maint. | $18,740.80 |
| 19 | $8.10 | Systems. Maint. | $16,848.00 |
| 20 | $10.28 | Systems. Maint. | $21,382.40 |
| 21 | $10.14 | Systems. Maint. | $21,091.20 |
| 22 | $9.88 | Systems. Maint. | $20,550.40 |
| 23 | $8.64 | Systems. Maint. | $17,971.20 |
| 24 | $8.48 | Systems. Maint. | $17,638.40 |
| 25 | $8.29 | Systems. Maint. | $17,243.20 |
| 26 | $8.29 | Systems. Maint. | $17,243.20 |
| 27 | $8.25 | Systems. Maint. | $17,160.00 |
| 28 | $7.98 | Systems. Maint. | $16,598.40 |
| 29 | $7.85 | Systems. Maint. | $16,328.00 |
| 30 | $7.57 | Systems. Maint. | $15,745.60 |
| 31 | $8.05 | Systems. Maint. | $16,744.00 |
| 32 | $7.53 | Systems. Maint. | $15,662.40 |
| 33 | $7.41 | Systems. Maint. | $15,412.80 |
| 34 | $7.30 | Systems. Maint. | $15,184.00 |
| 35 | $6.50 | Systems. Maint. | $13,520.00 |
| 36 | $12.44 | Systems. Maint. | $25,875.20 |
| 37 | $14.10 | Systems. Maint. | $29,328.00 |
| 38 | $19.08 | Systems. Maint. | $39,686.40 |
| 39 | $17.99 | Systems. Maint. | $37,419.20 |
| 40 | $6.76 | Systems. Maint. | $14,060.80 |
|  |  |  | $743,579.20 |

12/3/2001

Revision 1 - Effective 11/01/01

**BID ITEM 1.1 – WORKING STAFFING – Mechanical (Continued)**          **YEAR ONE BUDGET**

| | |
|---|---|
| 41. Total Labor | $743,579.20 |
| 42. Fringe Benefits (17.91%) | $133,175.03 |
| 43. Other: (Payroll Taxes and Insurance) (19.4%) | $144,254.36 |
| Subtotal | $1,021,008.60 |
| 44. Overhead (3.5%) | $35,735.30 |
| 45. Profit (4.5%) | $45,945.39 |
| 46. Total Maximum Annual Cost | $1,102,689.29 |

Note: 1. Added 3 from Working Staffing
2. Added 1 from Custodial Staffing.
3. Added 1 from Grounds Staffing.
4. Corrected % Fringe Benefits

## BID ITEM 1.2 - WORKING STAFF - CUSTODIAL

| | | | | |
|---|---|---|---|---|
| 1 | Custodial Educational | $ | 8.99 | $ 18,699.20 |
| 2 | Custodial Educational | $ | 8.99 | $ 18,699.20 |
| 3 | Custodial Educational | $ | 8.64 | $ 17,971.20 |
| 4 | Custodial Educational | $ | 8.48 | $ 17,638.40 |
| 5 | Custodial Educational | $ | 9.42 | $ 19,593.60 |
| 6 | Custodial Educational | $ | 7.94 | $ 16,515.20 |
| 7 | Custodial Educational | $ | 7.60 | $ 15,808.00 |
| 8 | Custodial Educational | $ | 7.60 | $ 15,808.00 |
| 9 | Custodial Educational | $ | 7.26 | $ 15,100.80 |
| 10 | Custodial Educational | $ | 7.26 | $ 15,100.80 |
| 11 | Custodial Educational | $ | 7.26 | $ 15,100.80 |
| 12 | Custodial Educational | $ | 7.26 | $ 15,100.80 |
| 13 | Custodial Educational | $ | 7.26 | $ 15,100.80 |
| 14 | Custodial Educational | $ | 6.91 | $ 14,372.80 |
| 15 | Custodial Educational | $ | 6.65 | $ 13,832.00 |
| 16 | Custodial Educational | $ | 6.62 | $ 13,769.60 |
| 17 | Custodial Educational | $ | 6.60 | $ 13,728.00 |
| 18 | Custodial Educational | $ | 5.75 | $ 11,960.00 |
| 19 | Custodial Educational | $ | 5.75 | $ 11,960.00 |
| 20 | Custodial Educational | $ | 5.75 | $ 11,960.00 |
| 21. Total Labor | | | | $ 307,819.20 |
| 22. Fringe Benefits (37.36%) | | | | $ 115,001.25 |
| 23. Other: (Payroll Taxes, Insurance and Start-Up Cost)(20.85%) | | | | $ 64,180.30 |
| Subtotal | | | | $ 487,000.76 |
| 24. Overhead (5.32%) | | | | $ 25,908.44 |
| 25. Profit (3.44%) | | | | $ 16,752.83 |
| 26. Total Maximum Annual Cost | | | | $ 529,662.02 |

Note: 1. Move 1 working staff grounts to working staff custodial.
2. Inserted % Fringe Benefits and Other.
3. Corrected % Overhead and Profit.

**BID ITEM 1.3 - WORKING STAFFING - Custodial Housing**

| Pos. Num | Area | Hourly | Total Annual Wages |
|---|---|---|---|
| 1 | Housing | $8.48 | $17,638.40 |
| 2 | Housing | $8.48 | $17,638.40 |
| 3 | Housing | $8.10 | $16,848.00 |
| 4 | Housing | $7.97 | $16,577.60 |
| 5 | Housing | $7.97 | $16,577.60 |
| 6 | Housing | $7.72 | $16,057.60 |
| 7 | Housing | $7.03 | $14,622.40 |
| 8 | Housing | $6.65 | $13,832.00 |
| 9 | Housing | $5.98 | $12,438.40 |
| 10 | Housing | $5.98 | $12,438.40 |
| 11 | Housing | $5.98 | $12,438.40 |
| 12 | Housing | $5.75 | $11,960.00 |
| 13 | Housing | $9.09 | $18,907.20 |
| 14 | Housing | $7.03 | $14,622.40 |
| 15 | Housing | $7.03 | $14,622.40 |
| 16 | Housing | $8.18 | $17,014.40 |
| 17 | Housing | $5.75 | $11,960.00 |
| 18. Total Labor | | | $256,193.60 |
| 19. Fringe Benefits(38.46%) | | | $98,532.06 |
| 20. Other: (Payroll Taxes, Insurance and Start-Up Cost)(20.97%) | | | $53,723.80 |
| Subtotal | | | $408,449.46 |
| 21. Overhead (5.51%) | | | $22,505.57 |
| 22. Profit (3.34%) | | | $13,642.21 |
| 23. Total Maximum Annual Cost | | | $444,597.23 |

Note: 1. Move 3 working staffing - Custodial Housing to working staff mechanical.
2. Inserted % Fringe Benefits and Other.
3. Corrected % Overhead and Profit.

## BID ITEM 1.4 - WORKING STAFF - Grounds

| | | | | |
|---|---|---|---|---|
| 1 | Grounds | $ | 8.69 | $18,075.20 |
| 2 | Grounds | $ | 8.67 | $18,033.60 |
| 3 | Grounds | $ | 8.36 | $17,388.80 |
| 4 | Grounds | $ | 8.29 | $17,243.20 |
| 5 | Grounds | $ | 8.10 | $16,848.00 |
| 6 | Grounds | $ | 7.98 | $16,598.40 |
| 7 | Grounds | $ | 7.91 | $16,452.80 |
| 8 | Grounds | $ | 7.83 | $16,286.40 |
| 9 | Grounds | $ | 7.66 | $15,932.80 |
| 10 | Grounds | $ | 7.31 | $15,204.80 |
| 11 | Grounds | $ | 7.09 | $14,747.20 |
| 12 | Grounds | $ | 5.98 | $12,438.40 |
| 13 | Grounds | $ | 8.69 | $18,075.20 |
| 14 | Grounds | $ | 6.22 | $12,937.60 |
| 15 | Grounds | $ | 6.22 | $12,937.60 |
| 16 | Grounds | $ | 6.22 | $12,937.60 |
| 17 | Grounds | $ | 5.75 | $11,960.00 |
| 18. TOTAL LABOR | | | | $264,097.60 |
| 19. Fringe Benefits (Health Insurance, 401K)(33.12%) | | | | $87,469.13 |
| 20. Other: (Payroll Taxes and Insurance)(23.79%) | | | | $62,828.82 |
| | | | | $414,395.54 |
| | | | | $17,694.69 |
| 21. Overhead (4.27%) | | | | $22,335.92 |
| 22. Profit (5.39%) | | | | $454,426.15 |
| 25. Total Maximum Annual Cost | | | | |

Note: 1. Move 1 working staffing - Grounds to working staff mechanical and Custodial.
2. Inserted % Fringe Benefits and Other.
3. Corrected % Overhead and Profit.

Revision 1 - Effective 11/01/01

12/3/2001

**BID ITEM 1.5 - WORKING STAFFING**

| | | | |
|---|---|---|---|
| 1 | | | $0.00 |
| 2 | | | $0.00 |
| 3 | | | $0.00 |
| 4 | | | $0.00 |
| 5. TOTAL LABOR | | | $0.00 |
| 6. Fringe Benefits (Health Insurance, 401K)(17.91%) | | | $0.00 |
| 7. Other: (Payroll Taxes and Insurance)(19.40%) | | | $0.00 |
| | | | $0.00 |
| 8. Overhead (3.5%) | | | $0.00 |
| 9. Profit (4.5%) | | | $0.00 |
| 10. Total Maximum Annual Cost | | | $0.00 |

Note: 1. Moved to mechanical