IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TRAVELERS PROPERTY           )
CASUALTY COMPANY OF          )
AMERICA, etc., and           )
TUSKEGEE UNIVERSITY,         )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )       3:05cv618-T
                             )
ONESOURCE FACILITY           )
SERVICES, INC.,              )
                             )
     Defendant.              )
```

ORDER

It is ORDERED that plaintiffs' motion to remand (Doc. No. 6) is set for submission, without oral argument, on August 26, 2005, with all briefs due by said date.

DONE, this the 9th day of August, 2005.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE