IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TRAVELERS PROPERTY CASUALTY )
COMPANY OF AMERICA f/k/a The )
Travelers Indemnity Company of Illinois, )
as subrogee of Tuskegee University, and )
TUSKEGEE UNIVERSITY, )
                                            )
                     Plaintiffs, )
                                            )
v.                                          )      CASE NO. 3:05-cv-618(T)
                                           )
ONESOURCE FACILITY SERVICES, )
INC., )
                                            )
                     Defendant. )

## JOINT MOTION FOR LEAVE TO AMEND REPORT OF PARTIES PLANNING MEETING

COMES NOW, the parties in the above-styled case and jointly move this Court to Amend the Report of Parties Planning Meeting as follows:

1. The parties filed their initial Report of Parties Planning Meeting On August 22, 2005. The parties recommended that they have on or before November 15, 2005 to amend the pleadings and add parties.

2. Pending before this Court is a Motion to Remand filed by the Plaintiffs. The Court has not yet issued a Scheduling Order in response to the Report.

3. Because of the pending motion and the parties good faith settlement negotiations, the parties have not conducted any substantial discovery and are not in a position to fully make

determinations as to the filing of amended pleadings. Therefore the parties wish to have additional time up to and including December 31, 2005 to file amended pleadings and to add additional parties.

4. The parties submit a proposed Amended Report of Parties' Planning Meeting as an exhibit to this motion.

5. The parties, in a separate filing (to accommodate the electronic filing requirements of this Court), are filing a Joint Motion to Stay all Deadlines in this case pending a ruling on Plaintiffs' Motion to Remand.

Respectfully submitted,

Date: November 9, 2005

Patrick L. W. Sefton           (SEF001)
Attorney for Defendant
OneSource Facility Services, Inc.
Sasser, Bolton, Stidham & Sefton, P.C.
P. O. Drawer 4539
Montgomery, AL 36103-4539
Telephone:  334.532.3400
Facsimile:  334.532.3434

Date: November 9, 2005

Linda Hinson Ambrose, Esq.
Attorney for Plaintiffs
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
Telephone:  205.982.4620
Fax:        205.982.4630