IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/k/a The Travelers Indemnity Company of Illinois, as subrogee of Tuskegee University, and TUSKEGEE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>ONESOURCE FACILITY SERVICES, INC.,<br><br>Defendant. | CASE NO. 3:05-cv-618(T) |

JOINT MOTION TO STAY CASE,
INCLUDING ALL DEADLINES

COMES NOW, the parties in the above-styled case and file this Joint Motion to Stay the Case, including all Deadlines, as follows:[1]

1. The parties filed their initial Report of Parties Planning Meeting on August 22, 2005. The parties recommended that they have on or before November 15, 2005 to amend the pleadings and add parties. Other deadlines recommended by the parties are approaching.

2. Pending before this Court is a Motion to Remand filed by the Plaintiffs. The Court has not yet issued a Scheduling Order in response to the Report.

3. Because of the pending motion and the parties good faith settlement negotiations,

---

[1] Alternatively, the parties have filed a Joint Motion for Leave to Amend Report of Parties Meeting concerning the deadline to amend the pleadings.

the parties have not conducted any substantial discovery and are not in a position to fully make determinations as to the filing of amended pleadings. The parties wish to delay further efforts at complying with their report pending a ruling on Plaintiffs' Motion to Remand.

WHEREFORE, the parties urge the Court to stay the case, including all deadlines set forth in the Report of Parties Meeting, pending this Court's ruling on Plaintiffs' Motion to Remand.

Respectfully submitted on this 9th day of November 2005.

_____
Linda Hinson Ambrose, Esq.
Attorney for Plaintiffs
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
Ph:  205.982.4620
Fax: 205.982.4630

_____
Patrick L. W. Sefton, Esq.
Attorney for Defendants
Sasser, Bolton, Stidham & Sefton, P.C.
P. O. Drawer 4539
Montgomery, AL 36103-4539
Ph:  334.532.3400
Fax: 334.532.3434