IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/k/a The Travelers Indemnity Company of Illinois, as subrogee of Tuskegee University, and TUSKEGEE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>ONESOURCE FACILITY SERVICES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3:05-cv-618(T)<br>)<br>)<br>)<br>)<br>) |

**SECOND AMENDED REPORT OF PARTIES PLANNING MEETING**

The parties have met and conferred by telephone and email at various times during the weeks of December 19th through the 30th, 2005, and mutually agree, and recommend, that a Scheduling Order not be entered in this case until after disposition of Plaintiff's Motion to Remand. The parties recommend that they reconvene the Meeting of Parties, if necessary, to mutually agree on a proposed Scheduling Order following disposition of the Motion to Remand and that the deadlines recommended in the previous reports not be binding on the parties.

Respectfully submitted,

Date: _____

_____
Linda Hinson Ambrose, Esq.
Attorney for Plaintiffs
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244

Date: _____                _____
                                             Patrick L. W. Sefton
                                             Attorney for Defendant
                                             OneSource Facility Services, Inc.
                                             Sasser, Bolton, Stidham & Sefton, P.C.
                                             P. O. Drawer 4539
                                             Montgomery, AL 36103-4539