IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY<br>COMPANY OF AMERICA f/k/a The<br>Travelers Indemnity Company of Illinois,<br>as subrogee of Tuskegee University, and<br>TUSKEGEE UNIVERSITY,<br><br>          Plaintiffs,<br><br>v.<br><br>ONESOURCE FACILITY SERVICES,<br>INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 3:05-cv-618(T)<br>)<br>)<br>)<br>)<br>)<br>) |

JOINT MOTION FOR LEAVE TO AMEND THE
REPORT OF PARTIES PLANNING MEETING

COME NOW, the parties, jointly by and through their respective counsel, and request leave to submit the attached Second Amended Report of Parties Planning Meeting as follows:

1. Pending before the Court is a Motion to Remand filed by the Plaintiff and a Joint Motion to Stay. There is no Scheduling Order in place in this case.

2. The parties are engaged in significant settlement negotiations and, to that end, have delayed discovery.

3. Depending on the resolution of the Motion to Remand, certain requirements called for in Rule 26 may not be triggered.

4. As a result, the parties wish to submit an additional amendment to their

previously filed Reports of Parties Planning Meeting recommending that the Parties Planning Meeting shall be reconvened upon resolution of the Motion to Remand and, in the meantime, jointly agree and stipulate that the deadlines recommended in their previous reports not be operative.

    Both attorneys for the parties certify that they have each approved the Motion to be filed electronically by counsel for Defendant.

    Respectfully submitted,

Date:    December 30, 2005

s/ Patrick L. W. Sefton
Patrick L. W. Sefton
Bar Number: ASB-8341-N47P
Attorney for Defendant
Sasser, Bolton, Stidham & Sefton, P.C.
P. O. Drawer 4539
Montgomery, AL 36103-4539
Telephone: (334) 532.3400
Fax: (334) 532.3434
Email: psefton@sasserlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/k/a The Travelers Indemnity Company of Illinois, as subrogee of Tuskegee University, and TUSKEGEE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>ONESOURCE FACILITY SERVICES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 3:05-cv-618(T)<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND AMENDED REPORT OF PARTIES PLANNING MEETING

The parties have met and conferred by telephone and email at various times during the weeks of December 19th through the 30th, 2005, and mutually agree, and recommend, that a Scheduling Order not be entered in this case until after disposition of Plaintiff's Motion to Remand. The parties recommend that they reconvene the Meeting of Parties, if necessary, to mutually agree on a proposed Scheduling Order following disposition of the Motion to Remand and that the deadlines recommended in the previous reports not be binding on the parties.

Respectfully submitted,

Date: _____

_____
Linda Hinson Ambrose, Esq.
Attorney for Plaintiffs
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244

Date: _____          _____
                                       Patrick L. W. Sefton
                                       Attorney for Defendant
                                       OneSource Facility Services, Inc.
                                       Sasser, Bolton, Stidham & Sefton, P.C.
                                       P. O. Drawer 4539
                                       Montgomery, AL 36103-4539

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT MOTION FOR LEAVE TO AMEND THE REPORT OF PARTIES PLANNING MEETING** was served upon the following on December 30, 2005, via the CM/ECF system and by placing a copy of the same in the United States Mail, with proper postage prepaid, on the 30th day of December 2005:

D. Wayne Rogers, Esq. and
Linda Hinson Ambrose, Esq.
Attorneys for Plaintiffs
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244

_____
Of Counsel

@PFDesktop\::ODMA/WORLDOX/K:/DOCLIB/49009/1/00073515.WPD