**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:  Patrick Sefton**
**From:   Clerk's Office**

**Case Style: Traverlers Property Casualty Co. Of America, et al  vs.  OneSource Facility Services, Inc.**

**Case Number: 3:05cv618-T**

**Referenced Pleadings: Joint Motion  - Doc. No. 13**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**