**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

## CORRECTION TO NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:  Travelers Property Casualty Company of America, et al v. OneSource Facility Services, Inc. (JC)**
**Case Number: 3:05-cv-00618-T**

**Referenced Pleading: Joint Motion  - Doc. 13**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**