**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Travelers Property Casualty Co of America, et al  vs. OneSource Facility Services, Inc.
Civil Action No.  3:05cv618-MHT

The above-styled case has been  reassigned to  Judge W. Keith Watkins.

Please note that the case number is now 3:05-cv-618-WKW.  This new case number should be used on all future correspondence and pleadings in this action.