UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA
FILE NUMBER 3:05-cv-618(WKW)

2006 APR -7  P 3: 35

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/k/a The Travelers Indemnity Company of Illinois, as subrogee of Tuskegee University, and TUSKEGEE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>ONESOURCE FACILITY SERVICES, INC.,<br><br>Defendant. | NOTICE OF APPEAL |

Notice is hereby given that OneSource Facility Services, Inc., Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an Order granting Plaintiffs' Motion to Remand this case to the Circuit Court of Macon County, Alabama, entered in this action on the 23rd day of March 2006.

_____
Patrick L. W. Sefton
Attorney for OneSource Facility Services, Inc.
Sasser, Bolton, Stidham & Sefton, P.C.
P. O. Drawer 4539
Montgomery, AL 36103-4539
Telephone:   334.532.3400
Facsimile:   334.532.3434
Email: psefton@sasserlawfirm.com
Bar Number:  ASB-8341-N47P

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEAL** has been served upon the following by placing a copy of the same in the United States Mail, with proper postage prepaid, on this the 7th day of April 2006:

Linda Hinson Ambrose, Esq.
D. Wayne Rogers, Esq.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
(Attorney for Plaintiffs)

              /s/ Patrick L. W. Sefton
              Patrick L. W. Sefton
              Attorney for OneSource Facility Services, Inc.
              Sasser, Bolton, Stidham & Sefton, P.C.
              P. O. Drawer 4539
              Montgomery, AL 36103-4539
              Telephone: 334.532.3400
              Facsimile: 334.532.3434
              Email: psefton@sasserlawfirm.com
              Bar Number: ASB-8341-N47P