# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT



_____

06-12249-JJ

_____

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
as subrogee of Tuskegee University formerly known as
The Travelers Indemnity Company of Illinois,
TUSKEGEE UNIVERSITY,

                                                                              Plaintiffs-Appellees,

versus

ONESOURCE FACILITY SERVICES, INC.,

                                                                              Defendant-Appellant.

_____

On Appeal from the United States District Court for the
Middle District of Alabama

_____

BEFORE:   TJOFLAT and BARKETT, Circuit Judges.

The parties' joint motion to dismiss this appeal with prejudice due to settlement, with each party bearing its own costs and attorney's fees, is GRANTED.

